THE STATE OF NEBRASKA, EX REL. JOHN E. ANDREWS, v. SCHOOL DISTRICT No. 4, SHERMAN COUNTY.

COBB, CH. J.

The record in this case is identical with that of State, *ex rel.* John Otto, against the same defendant above reported, and the decision of this case must follow that. By the court,

WRIT DENIED.

*Warren Switzler,* for relator.

*Marquett, Deweese & Hall,* for respondent.